HUDSON NAVIGATION COMPANY, Appellant, *v.* THE UNION TRUST COMPANY OF ALBANY, NEW YORK, et al., Respondents.

*Hudson Navigation Co.* v. *Union Trust Co.*, 183 App. Div. 192, appeal dismissed.

(Submitted December 2, 1918; decided December 10, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 12, 1918, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

The motion was made upon the grounds that an appeal did not lie as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Arthur L. Andrews* and *Thomas S. Fagan* for motion.

*Stuart G. Gibboney* and *Joseph Diehl Fackenthal* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.